FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

MIGUEL MALDONADO,

CV513-003

(Enter above full name of plaintiff or plaintiffs)

v.

HILLARY RODHAM CLINTON,

SECRETARY OF STATE

(Enter above full name of defendant or defendants)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?                                    Yes _____  No __X__

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

   3. Docket number: _____

   4. Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes _____ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes _____ No _X_

   If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   2. Court (name the district): _____

   3. Docket number: _____

   4. Name of judge assigned to case: _____

   5. Disposition
      (for example, was the case dismissed? appealed? is it still pending?):

      _____

   6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?  Yes _____ No _X_

1. If your answer to C is yes, name the court and docket number for each case:

_____  _____
_____  _____
_____  _____
_____  _____

II. Place of present confinement: __D. RAY JAMES CORRECTIONAL FACILITY__

A. Is there a prisoner grievance procedure in this institution? Yes _X_ No _____

B. Did you present the facts relating to your complaint to the appropriate grievance committee?  Yes _____ No _X_

C. If your answer to B is yes:

1. What steps did you take? _____
_____
_____
_____
_____
_____

2. What was the result? _____
_____
_____
_____
_____
_____

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?       Yes ____ No ____

    If yes, what was the result? _____

    _____

    _____

D. If you did not utilize the prison grievance procedure, explain why not: _____
   Because my complaint is not with the prison, it is with the Secretary of State of the United States of America.

IV. Parties

   (In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Miguel Maldonado BOP #09827-004
   Address:         D. Ray James C.F.
                    P.O. Box 2000
                    Folkston, GA 31537

   (In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant:    Hillary Rodham Clinton
   Position:             Secretary of State
   Place of employment:  State Department
   Current address:      2201 C St. N.W.
                         Washington, D.C. 20520

C. Additional defendants: _____

   _____

   _____

4

V. Statement of Claim

> State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In November 2012, I filed a request with the Secretary of State to receive the Certificate of Non-citizen National of the United States, via certified mail. No response was provided by the Secretary of State.

On February 2012, I filed a second request via certified with return receipt. Again, no response has been provided by the Secretary of State, copy of the letter dated February 12, 2012, and copies of the confirmation that my two application was received by the Secretary of State.

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am need an original copy of my Certificate of Non-citizen National Status of the United States of America.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __21th__ day of __December,__ __2012__.

Prisoner No. 09827-004

_(Signature of Plaintiff)_

6